UNITED STATES DISTRICT COURT
IN THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

|  |  |
|---|---|
| JONA ANGST and CARY ANGST,<br>Plaintiffs<br><br>v.<br><br>BARRY J. CADDEN,<br>GREGORY CONIGLIARO,<br>LISA CONIGLIARO CADDEN,<br>GLENN A. CHIN,<br>ARL BIO PHARMA, INC. d/b/a<br>ANALYTICAL RESEARCH<br>LABORATORIES LLC,<br>MEDICAL SALES MANAGEMENT, INC.,<br>and<br>GDC PROPERTIES MANAGEMENT, LLC. | Case No. 13-10565 |

**NOTICE OF APPEARANCE**

Now come Robert A. Curley, Jr. and Lisabeth Ryan Kundert and request that their appearance be entered in this matter on behalf of Defendant GDC Properties Management, LLC.

Respectfully submitted,

/s/Robert A. Curley
Robert A. Curley, Jr., Esq., BBO# 109180

/s/Lisabeth Ryan Kundert
Lisabeth Ryan Kundert, Esq., BBO# 549155

Curley & Curley, P.C.
27 School Street, 6th Floor
Boston, MA 02108
617-523-2990
rac@curleylaw.com
lrk@curleylaw.com

## CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr. hereby certify that I have served a copy of this pleading electronically to all counsel of record.


DATE: 3/20/13                                              /s/Robert A. Curley, Jr.