# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
### (at Boston)

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) Master File No. 1:13-MD-2419-FDS<br>) MDL Docket No. 2419<br>)<br>) This Document Relates To:<br>)<br>) *Angst, et al. v. Cadden, et al.*,<br>) 1:13-cv-10565-FDS |

## NOTICE OF APPEARANCE OF JOSEPH P. THOMAS
## ON BEHALF OF GDC PROPERTIES MANAGEMENT, LLC

Please enter the appearance of Joshua A. Klarfeld of the law firm of Ulmer & Berne LLP, as counsel for defendant GDC Properties Management, LLC, in this matter.

Respectfully submitted,

*/s/ Joshua A. Klarfeld*
Joseph P. Thomas (OH #0040379)
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel:   (513) 698-5000
Fax:   (513) 698-5001
E-mail:  jthomas@ulmer.com

Joshua A. Klarfeld (OH #0079833)
Ulmer & Berne LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
Tel:   (216) 583-7000
Fax:   (216) 583-7001
E-mail:  jklarfeld@ulmer.com

**Attorneys for Defendant**
**GDC Properties, LLC**

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on March 20, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ Joshua A. Klarfeld*
Joshua A. Klarfeld
