UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| JONA ANGST and CARY ANGST,<br><br>Plaintiffs,<br><br>v.<br><br>BARRY J. CADDEN, GREGORY CONIGLIARO, LISA CONIGLIARO CADDEN, GLENN A. CHIN, ARL BIO PHARMA, INC. d/b/a ANALYTICAL RESEARCH LABORATORIES, MEDICAL SALES MANAGEMENT, INC., and GDC PROPERTIES MANAGEMENT, LLC,<br><br>Defendants. | Case No: 1:13- cv-10565 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF ARL BIO PHARMA, D/BA/ ANALYTICAL RESEARCH LABORATORIES

Please enter the appearance of Kenneth B. Walton as Lead Counsel for the defendant, ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories ("ARL"), in connection with the above-entitled action.

ARL Bio Pharma, Inc. d/b/a
Analytical Research Laboratories
By its attorneys,

/s/ *Kenneth B. Walton*

_____
Kenneth B. Walton, Esq., BBO #562174
Kristen R. Ragosta, Esq., BBO #664362
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA  02110
(617) 406-4500

DATED:  March 26, 2013
kwalton@donovanhatem.com
kragosta@donovanhatem.com

## **CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on March 26, 2013 using the ECF system that sent notification of this filing to all ECF— registered counsel of record via e-mail generated by the Court's ECF system.

            /s/ *Kristen R. Ragosta*_____
            *Attorney for ARL Bio Pharma, Inc. d/b/a*
            *Analytical Research Laboratories*

01516272.DOC