# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### (BOSTON)

|  |  |  |
|---|---|---|
| JONA ANGST and CARY ANGST, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| BARRY J. CADDEN, GREGORY CONIGLIARO, LISA CONIGLIARO CADDEN, GLENN A. CHIN, ARL BIO PHARMA, INC. d/b/a ANALYTICAL RESEARCH LABORATORIES, MEDICAL SALES MANAGEMENT, INC., and GDC PROPERTIES MANAGEMENT, LLC, | ) ) ) ) ) ) ) ) ) ) | Case No: 1:13- cv-10565 |
| Defendants. | ) ) ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF
ARL BIO PHARMA, D/BA/ ANALYTICAL RESEARCH LABORATORIES**

Please enter the appearance of Kristen R. Ragosta as counsel for the defendant, ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories ("ARL"), in connection with the above-entitled action. Attorney Kenneth B. Walton will remain Lead Counsel for ARL.

        ARL Bio Pharma, Inc. d/b/a
        Analytical Research Laboratories
        By its attorneys,

        */s/ Kristen R. Ragosta*

        _____
        Kenneth B. Walton, Esq., BBO #562174
        Kristen R. Ragosta, Esq., BBO #664362
        DONOVAN HATEM LLP
        Two Seaport Lane
        Boston, MA  02110
        kwalton@donovanhatem.com
        kragosta@donovanhatem.com
        (617) 406-4500

DATED:  March 26, 2013

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on March 26, 2013 using the ECF system that sent notification of this filing to all ECF— registered counsel of record via e-mail generated by the Court's ECF system.

        */s/ Kristen R. Ragosta*_____
        *Attorney for ARL Bio Pharma, Inc. d/b/a*
        *Analytical Research Laboratories*

01516266.DOCX

2